NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VILLASENOR, | No. C 06-7511 JF (PR) |
|     Petitioner. | ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION |
|   v. | |
| JAMES YATES, Warden, | |
|     Respondent. | (Docket No. 18) |

    Petitioner, a state prisoner proceeding pro se, seeks a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Respondent has filed an answer addressing the merits of the petition. Although given an opportunity to do so, Petitioner did not file a traverse. On December 17, 2007, Petitioner filed a motion to voluntarily dismiss the instant petition and an accompanying declaration. Petitioner requests that the Court dismiss the instant habeas petition and promptly close his case.

    After service of an answer or summary judgment motion (and if no stipulation of dismissal is obtained), the court must approve a request to voluntarily dismiss a civil action: "The action shall not be dismissed at the plaintiff's instances save upon the order of the court and upon such terms and conditions as the court deems proper . . . . Unless otherwise

1  specified in the order, a dismissal under this paragraph is without prejudice." Fed. R. Civ P.
2  41(a)(2).  The court must exercise its discretion to determine whether to allow dismissal at all
3  and if so, whether the dismissal should be with or without prejudice

    The Court concludes that Petitioner has shown good cause to dismiss the petition without prejudice.  Petitioner's motion to voluntarily dismiss the petition (docket no. 18) is GRANTED.  The instant habeas action is DISMISSED without prejudice.[1]  The Clerk shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED:  3/27/08

_____
JEREMY FOGEL
United States District Judge

---

1. The Court notes that Petitioner may be barred from bringing any future federal habeas petition challenging his underlying state criminal conviction, based upon the applicable statute of limitations.  See 28 U.S.C. § 2244(d).

Order Granting Petitioner's Motion to Voluntarily Dismiss Petition
P:\PRO-SE\SJ.Jf\HC.06\Villasenor511voldis.wpd          2

United States District Court
For the Northern District of California